UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
        :
UNITED STATES OF AMERICA,        :
        :
        -v-        :        21-CR-275 (PAE)
        :
GUIFARO HERNANDES,        :        <u>SCHEDULING ORDER</u>
        :
        :
        Defendant.        :
        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic arraignment in this case for **May 11, 2021** at **3:15 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

    SO ORDERED.

Dated: May 6, 2021
       New York, New York

                                      PAUL A. ENGELMAYER
                                      United States District Judge