UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                   -v-                                            :            21-CR-275 (PAE)
                                                                  :
OSCAR SAMUEL GUIFARO HENDANDES,                                   :          SCHEDULING ORDER
                                                                  :
                                                                  :
                   Defendant.                                     :
                                                                  :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

        The Court schedules a telephonic conference in this case for **June 29, 2021** at **10:30 a.m.**

The parties are to consult the Court's Emergency Individual Rules and Practices in Light of

COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the

conference, the parties should call 888-363-4749 and use access code 468-4906.


        SO ORDERED.

Dated: June 23, 2021
       New York, New York                           _____
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge